# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00302-FDW-DSC

| | |
|---|---|
| **DEBRA GRISSOM,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LIBERTY LIFE ASSURANCE** )<br>**COMPANY OF BOSTON,** )<br>)<br>**Defendant.** ) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's "Application for Admission to Practice Pro Hac Vice [for Robert M. Wood]" (document # 7) filed August 8, 2014. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: August 8, 2014

David S. Cayer
United States Magistrate Judge